UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JONI CARTER and DANIEL CARTER,

        Plaintiffs,

   v.

COLOPLAST A/S, COLOPLAST CORP., COLOPLAST MANUFACTURING US, LLC, and DIVERSIFIED PLASTICS, INC., and DOES 1 to 10, inclusive,

        Defendants.

No. 2:20-cv-00587 WBS DMC

ORDER RE: DEFENDANTS' UNOPPOSED MOTION TO DISMISS

----oo0oo----

Pursuant to the discussion with counsel at the July 27, 2020 hearing on defendants' motion to dismiss, as well as defendants' statement of non-opposition (Docket No. 17), plaintiffs have agreed to dismiss with prejudice the Second and Fourth causes of action of the First Amended Complaint. Accordingly, the Second Cause of Action, for Strict Liability – Manufacturing Defect, and Fourth Cause of Action, for negligent

/ / /

1

1 | misrepresentation, are hereby DISMISSED WITH PREJUDICE.
2 |         IT IS SO ORDERED.
3 |
4 | Dated:  July 28, 2020
5 |
  
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE