CHRISTOPHER B. DOLAN (SBN 165358)
LOURDES DEARMAS (SBN 210167)
**DOLAN LAW FIRM, PC**
1438 Market Street
San Francisco, CA 94102
Telephone:      +1 415 421 2800
Facsimile:      +1 415 421 2830

Attorneys for Plaintiffs

DONALD F. ZIMMER, JR. (SBN 112279)
  *fzimmer@kslaw.com*
WILLIAM E. STEIMLE (SBN 203426)
  *wsteimle@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:      +1 415 318 1200
Facsimile:      +1 415 318 1300

ALEXANDRA KENNEDY-BREIT (SBN 316590)
  *akennedy-breit@kslaw.com*
**KING & SPALDING LLP**
633 W Fifth Street, Suite 1600
Los Angeles, CA  90071
Telephone:      +1 213 443 4355
Facsimile:      +1 213 443 4310

Attorneys for Defendants
COLOPLAST CORP. and
COLOPLAST MANUFACTURING US, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI CARTER, ET. AL., | Case No.: 2:20-CV-00587-WBS-DMC |
| Plaintiffs, | **ORDER MODIFYING SCHEDULING ORDER** |
| v. | |
| COLOPLAST CORP., et al., | |
| Defendants. | |

1      The Court has reviewed the stipulation of Plaintiffs Joni Carter and Daniel Carter and

2 Defendants Coloplast Manufacturing US, LLC and Coloplast Corp. seeking to continue trial and

3 modify the Status (Pretrial Scheduling) Order (Doc. 22).  For good cause appearing, the Court grants

4 the requested relief.  The Court vacates the prior schedule and sets the following dates:

5 Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)]      June 24, 2022

6 Rebuttal Expert Witness Disclosure      July 29, 2022

7 Discovery Cut-Off      September 23, 2022

8 Last Day to File Motion      November 18, 2022

9 Final Pre-trial Conference (1:30 p.m.)      January 30, 2023

10 Jury Trial (9:00 a.m.)      April 4, 2023

11      **IT IS SO ORDERED.**

12

13 Dated:  November 17, 2021

14

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE