Christopher B. Dolan, Esq. (SBN 165358)
Allison L. Stone, Esq. (SBN 274607)
Taylor French, Esq. (SBN 317880)
**DOLAN LAW FIRM, PC**
1438 Market Street
San Francisco, California 94102
Telephone: (415) 421-2800
Facsimile: (415) 421-2830

Attorneys for Plaintiffs,
JONI CARTER AND DANIEL CARTER


Donald F. Zimmer, Jr. (SBN 112279)
William E. Steimle (SBN 203426)
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA, 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Attorneys for Defendants
COLOPLAST CORP. and
COLOPLAST MANUFACTURING US, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI CARTER and DANIEL CARTER,<br><br>            Plaintiff,<br><br>    v.<br><br>COLOPLAST A/S, COLOPLAST CORP., COLOPLAST MANUFACTURING US, LLC, AND DIVERSIFIED PLASTICS, INC., and DOES 1 to 10, inclusive, and DOES 1 to 10, inclusive,<br><br>            Defendants. | CASE NO.:  2:20-cv-00587-WBS-DMC<br><br>**STIPULATION SEEKING MODIFICATION OF SCHEDULING ORDER; ORDER**<br><br>---<br><br>*First Amended Complaint Filed:<br>June 1, 2020<br>Assigned for all purposes to<br>Hon. Judge William B. Shubb<br>Courtroom 5, 14th Floor<br>Trial Date: April 4, 2023* |

///

///

Plaintiffs Joni Carter and Daniel Carter ("Plaintiffs") and Defendants Coloplast Corp. and

Coloplast Manufacturing US, LLC ("Defendants"), by and through their respective counsel, hereby stipulate and agree regarding their joint request to continue trial and modify the Order Modifying Scheduling Order (Doc. 26) as follows:

Plaintiff's primary handling attorney, Lourdes De Armas, left Dolan Law Firm on March 31, 2022, and a new primary handling attorney, Allison Stone, who has not been involved in this case has just been assigned to this matter. In order to have productive and meaningful discussions concerning the case, discovery and settlement of the matter, the parties seek a continuance of the trial and pretrial schedule by approximately six months, which should be sufficient time for the parties to attempt to resolve the case, and if their efforts are unsuccessful, proceed with discovery and expert discovery. Given the change in Plaintiffs' handling attorney and the parties' desire to attempt to settle the case prior to engaging in costly discovery and expert discovery as discussed above, good cause exists to continue the scheduling and trial orders in this case. Absent additional time, the parties will be unable to conduct needed discovery, engage in meaningful settlement efforts, and now will be unable to do so within the time provided in the scheduling order. Accordingly, the parties seek a continuance of the trial and pretrial schedule by approximately six months, which should be sufficient time to complete discovery if the parties' settlement efforts are unsuccessful.

The parties note that only one request for a continuance has previously been made in this case.

BASED THEREON, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

That the deadlines in the Order Modifying Scheduling Order (Doc. 26) be continued by a period of approximately 6 months as follows, subject to the court's scheduling convenience:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | June 24, 2022 | January 6, 2023 |
| Rebuttal Expert Witness Disclosure | July 29, 2022 | February 14, 2023 |
| Discovery Cut-off | September 23, 2022 | April 14, 2023 |
| Last Day to File a Motion | November 18, 2022 | June 13, 2023 |

| Final Pre-trial Conference (1:30 p.m.) | January 30, 2023 | August 28, 2023 |
| --- | --- | --- |
| Trial (9:00 a.m.) | April 4, 2023 | October 2, 2023 |

**IT IS SO STIPULATED.**

DATED:  April 26, 2022                              **THE DOLAN LAW FIRM**

                                                     /s/ Allison Stone
                                                    Christopher B. Dolan, Esq
                                                    Allison Stone, Esq.
                                                    Attorneys for Plaintiffs
                                                    JONI CARTER & DANIEL CARTER

DATED:  April 26, 2022                              **KING & SPALDING LLP**

                                                     /s/ Alexandra Kennedy-Breit
                                                    Donald F. Zimmer, Jr., Esq
                                                    William E. Steimle, Esq.
                                                    Alexandra Kennedy-Breit, Esq.
                                                    Attorneys for Defendants
                                                    Coloplast Corp. and
                                                    Coloplast Manufacturing US, LLC

## ORDER

The Court has reviewed the stipulation of Plaintiffs Joni Carter and Daniel Carter and Defendants Coloplast Manufacturing US, LLC and Coloplast Corp. seeking to continue trial and modify Order Modifying Scheduling Order (Doc. 26). For good cause appearing, the Court grants the requested relief. The Court vacates the prior schedule and sets the following dates:

| EVENT | DEADLINE |
| --- | --- |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | January 6, 2023 |
| Rebuttal Expert Witness Disclosure | February 14, 2023 |
| Discovery Cut-off | April 14, 2023 |
| Last Day to File a Motion | June 13, 2023 |
| Final Pre-trial Conference (1:30 p.m.) | **August 28, 2023 at 1:30 p.m.** |
| Trial (9:00 a.m.) | **October 3, 2023 at 9:00 a.m.** |

**IT IS SO ORDERED.**

Dated:  April 27, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE