Christopher B. Dolan, Esq. (SBN 165358)
Allison Stone, Esq. (SBN 274607)
Cioffi Remmer, Esq. (SBN 262663)
Taylor French, Esq. (SBN 317880)
**DOLAN LAW FIRM, PC**
1438 Market Street
San Francisco, California 94102
Telephone: (415) 421-2800
Facsimile: (415) 421-2830

Attorneys for Plaintiffs,
JONI CARTER AND DANIEL CARTER


Donald F. Zimmer, Jr. (SBN 112279)
William E. Steimle (SBN 203426)
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA, 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Attorneys for Defendants
COLOPLAST CORP. and
COLOPLAST MANUFACTURING US, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI CARTER and DANIEL CARTER,<br><br>        Plaintiff,<br><br>v.<br><br>COLOPLAST A/S, COLOPLAST CORP., COLOPLAST MANUFACTURING US, LLC, AND DIVERSIFIED PLASTICS, INC., and DOES 1 to 10, inclusive, and DOES 1 to 10, inclusive,<br><br>        Defendants. | CASE NO.:   2:20-cv-00587-WBS-DMC<br><br>**STIPULATION SEEKING MODIFICATION OF SCHEDULING ORDER; ORDER**<br><br>*First Amended Complaint Filed:<br>June 1, 2020<br>Assigned for all purposes to<br>Hon. Judge William B. Shubb<br>Courtroom 5, 14th Floor<br>Trial Date: April 4, 2023* |

///

Plaintiffs Joni Carter and Daniel Carter ("Plaintiffs") and Defendants Coloplast Corp. and

Coloplast Manufacturing US, LLC ("Defendants"), by and through their respective counsel, hereby stipulate and agree regarding their joint request to continue trial and modify the Order Modifying Scheduling Order (Doc. 26) as follows:

Plaintiff's primary handling attorney, Allison Stone, is going on maternity leave from July 21, 2022 through November 21, 2022, and thus will be unavailable. In order to have productive and meaningful discussions concerning the case, discovery and settlement of the matter, the parties seek a continuance of the trial and pretrial schedule by approximately six months, which should be sufficient time for the new handling attorneys to "get up to speed" on the matter in order for the parties to attempt to resolve the case, and if their efforts are unsuccessful, proceed with discovery and expert discovery. Given the unavailability of Ms. Stone due to maternity leave and the resulting change in Plaintiffs' handling attorney and the parties' desire to attempt to settle the case prior to engaging in costly discovery and expert discovery as discussed above, good cause exists to continue the scheduling and trial orders in this case. Absent additional time, the parties will be unable to conduct needed discovery, engage in meaningful settlement efforts, and now will be unable to do so within the time provided in the scheduling order. Accordingly, the parties seek a continuance of the trial and pretrial schedule by approximately six months, which should be sufficient time to complete discovery if the parties' settlement efforts are unsuccessful.

The parties note that only two requests for a continuance have previously been made in this case.

BASED THEREON, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

That the deadlines in the Order Modifying Scheduling Order (Doc. 28) be continued by a period of approximately 6 months as follows, subject to the court's scheduling convenience:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | January 6, 2023 | July 6, 2023 |
| Rebuttal Expert Witness Disclosure | February 14, 2023 | September 20, 2023 |
| Discovery Cut-off | April 14, 2023 | November 20, 2023 |

| Last Day to File a Motion | June 13, 2023 | December 20, 2023 |
| --- | --- | --- |
| Final Pre-trial Conference (1:30 p.m.) | August 28, 2023 | February 28, 2024 |
| Trial (9:00 a.m.) | October 2, 2023 | April 23, 2024 |

**IT IS SO STIPULATED.**


DATED:  July 19, 2022					**THE DOLAN LAW FIRM**


							 /s/ Allison Stone
							Christopher B. Dolan, Esq
							Allison Stone, Esq.
							Attorneys for Plaintiffs
							JONI CARTER & DANIEL CARTER



DATED:  July 20, 2022					**KING & SPALDING LLP**


							 /s/ Alexandra Kennedy-Breit
							Donald F. Zimmer, Jr., Esq
							William E. Steimle, Esq.
							Alexandra Kennedy-Breit, Esq.
							Attorneys for Defendants
							Coloplast Corp. and
							Coloplast Manufacturing US, LLC

## **ORDER**

The Court has reviewed the stipulation of Plaintiffs Joni Carter and Daniel Carter and Defendants Coloplast Manufacturing US, LLC and Coloplast Corp. seeking to continue trial and modify Order Modifying Scheduling Order (Doc. 28). For good cause appearing, the Court grants the requested relief. The Court vacates the prior schedule and sets the following dates:

| EVENT | DEADLINE |
|---|---|
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | July 6, 2023 |
| Rebuttal Expert Witness Disclosure | September 20, 2023 |
| Discovery Cut-off | November 20, 2023 |
| Last Day to File a Motion | December 20, 2023 |
| Final Pre-trial Conference | March 25, 2024 at 1:30 p.m. |
| Jury Trial | May 21, 2024 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: July 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE