Christopher B. Dolan, Esq. (SBN 165358)
Allison Stone, Esq. (SBN 274607)
Cioffi Remmer, Esq. (SBN 262663)
Taylor French, Esq. (SBN 317880)
**DOLAN LAW FIRM, PC**
1438 Market Street
San Francisco, California 94102
Telephone: (415) 421-2800
Facsimile: (415) 421-2830

Attorneys for Plaintiffs,
JONI CARTER AND DANIEL CARTER

Donald F. Zimmer, Jr. (SBN 112279)
William E. Steimle (SBN 203426)
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA, 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Attorneys for Defendants
COLOPLAST CORP. and
COLOPLAST MANUFACTURING US, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONI CARTER, et. al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>COLOPLAST CORP., et al.,<br><br>            Defendants. | Case No.: 2:20-CV-00587-WBS-DMC<br><br>**STIPULATION TO VACATE THE SCHEDULING ORDER** |

1  Plaintiffs Joni Carter and Daniel Carter ("Plaintiffs") and Defendants Coloplast Manufacturing
2  US, LLC and Coloplast Corp. (hereinafter, "Coloplast"), by and through their counsel of record,
3  stipulate and agree regarding their joint request to vacate the scheduling order (Doc. 34) as follows:
4  Plaintiffs' counsel has been unable to reach their client, as detailed in their Motion for Leave
5  to Withdraw (Doc. 35).  Plaintiffs have not been in contact with their counsel for nearly 3 months,
6  despite their counsel's multiple attempts to contact them. *Id*. at 6.  At this point, it is unknown whether
7  plaintiffs intend to continue pursuing their claims.
8  Under the current scheduling order, disclosure of expert witnesses must occur by July 6, 2023.
9  This deadline is less than a month after the hearing on the Motion for Leave to Withdraw.  Good cause
10 exists to vacate the current schedule to avoid the possibility of plaintiffs missing this deadline and to
11 avoid the potentially unnecessary cost and effort for defendants to meet this deadline, when it is
12 unclear whether plaintiffs will move forward with their case.  Vacating the upcoming deadlines and
13 dates also will allow time for plaintiffs to find new counsel, if they intend to pursue their claims with
14 assistance of counsel.
15 BASED THEREON, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:
16 That the deadlines in the Status (Pretrial Scheduling) Order (Doc. 34) be vacated unless and
17 until such time as it can be determined that plaintiffs intend to continue pursuing their claims.
18 IT IS SO STIPULATED.

19 DATED:  May 11, 2023          **DOLAN LAW FIRM, PC**

20                               By: */s/ Cioffi Remmer, Esq.* _____
21                                   Christopher B. Dolan, Esq.
                                     Allison Stone, Esq.
                                     Cioffi Remmer, Esq.
22                                   Attorneys for Plaintiffs
                                     JONI CARTER & DANIEL CARTER
23

24 DATED:  May 11, 2023          **KING & SPALDING LLP**

25                               By: */s/ William E. Steimle* _____
                                     Donald F. Zimmer, Jr.
26                                   William E. Steimle
                                     Attorneys for Defendants
27                                   COLOPLAST CORP. and
                                     COLOPLAST MANUFACTURING US, LLC
28

**ORDER**

The Court has reviewed the stipulation of the parties seeking to vacate the scheduling order. For good cause appearing, the Court vacates all deadlines and dates set forth in the scheduling order (Doc. 34).  A Status Conference is set for **June 12, 2023 at 1:30 p.m**., to be held along with plaintiff's counsel's motion for leave to withdraw.

**IT IS SO ORDERED.**

Dated:  May 11, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

for WILLIAM B. SHUBB
SENIOR UNITED STATES DISTRICT JUDGE