UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JONI CARTER and DANIEL CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>COLOPLAST A/S, COLOPLAST CORP., COLOPLAST MANUFACTURING US, LLC, and DIVERSIFIED PLASTICS, INC., and DOES 1 to 10, inclusive,<br><br>Defendants. | No. 2:20-cv-00587 WBS DMC<br><br><br>ORDER |

----oo0oo----

An in-person status conference is hereby set in this case for 1:30 p.m. on November 6, 2023, in Courtroom 5 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California. The parties shall file a joint status report by October 23, 2023. Plaintiffs Joni Carter and Daniel Carter shall personally appear with counsel at that conference.

IT IS SO ORDERED.

Dated: October 3, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1