UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JONI CARTER and DANIEL CARTER,<br><br>          Plaintiffs,<br><br>     v.<br><br>COLOPLAST A/S, COLOPLAST CORP., COLOPLAST MANUFACTURING US, LLC, and DIVERSIFIED PLASTICS, INC., and DOES 1 to 10, inclusive,<br><br>          Defendants. | No. 2:20-cv-00587 WBS DMC<br><br><br><br>ORDER |

----oo0oo----

Plaintiffs Joni and Daniel Carter brought this products liability action against defendants Coloplast Corporation and Coloplast Manufacturing US, LLC (together, "Coloplast"). (First Am. Compl. (Docket No. 13).) After plaintiffs' counsel moved to withdraw as counsel and the parties stipulated to vacate the scheduling order, the court denied the motion to withdraw without prejudice and later set a status conference for November 6, 2023, with plaintiffs required to personally appear. Plaintiffs'

1

counsel now represent that they have regained contact with their clients and they are no longer seeking to withdraw as counsel. The parties also state that they are prepared to proceed with the case.  (Docket No. 40.)

Given these representations, the court hereby VACATES the status conference set for November 6, 2023 and SETS a scheduling conference for November 20, 2023 in Courtroom 5.  The parties shall file a joint status report by November 6, 2023 setting forth new agreed dates and deadlines as required by Local Rule 240 and the court's March 18, 2020 order setting the initial pretrial scheduling conference.  (See Docket No. 3.)  Plaintiffs Joni Carter and Daniel Carter are not required to appear personally at the November 20, 2023 scheduling conference.

IT IS SO ORDERED.

Dated:  October 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE