1  EMILY M. WEISSENBERGER (SBN 248898)
   emily.weissenberger@faegredrinker.com
2  FAEGRE DRINKER BIDDLE & REATH LLP
   Four Embarcadero Center, 27th Floor
3  San Francisco, California  94111
   Telephone:    +1 415 591 7500
4  Facsimile:    +1 415 591 7510

5  ERICA ABSHEZ MORAN (SBN 293921)
   erica.moran@faegredrinker.com
6  FAEGRE DRINKER BIDDLE & REATH LLP
   2200 Wells Fargo Center
7  90 South Seventh Street
   Minneapolis, Minnesota  55402
8  Telephone:    +1 612 766 7000
   Facsimile:    +1 612 766 1600

9
   Attorneys for Defendants
10 COLOPLAST A/S, COLOPLAST CORP., and
   COLOPLAST MANUFACTURING US, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI CARTER and DANIEL CARTER, | Case No.: 2:20-CV-00587-WBS-DMC |
| Plaintiffs, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| COLOPLAST A/S, COLOPLAST CORP., COLOPLAST MANUFACTURING US, LLC, AND DIVERSIFIED PLASTICS, INC., and DOES 1 to 10, inclusive, and DOES 1 to 10, inclusive, | [Fed. R. Civ. P., rules 41(a)(1) and (a)(2)] |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiffs JONI CARTER and DANIEL CARTER and Defendants COLOPLAST CORP., and COLOPLAST MANUFACTURING US, LLC, that the above–referenced matter shall be dismissed *with prejudice* pursuant to Rule 41(a)(1). Each side shall bear their own costs and fees.

Dated: December 4, 2024       FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/ Emily M. Weissenberger*
Emily M. Weissenberger
Erica Abshez Moran

Attorneys for Defendants
COLOPLAST A/S, COLOPLAST CORP., and
COLOPLAST MANUFACTURING US, LLC

DATED: December 4, 2024       **THE DOLAN LAW FIRM**

*/s/ Allison L. Stone*
Christopher B. Dolan, Esq.
Allison L. Stone, Esq.

Attorneys for Plaintiff,
CRISTY DAVIS

**IT IS SO ORDERED:**

Based on the stipulation above pursuant to Federal Rules of Civil Procedure, 41(a)(1) and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), it is hereby ordered, adjudged and decreed that the above-referenced matter is dismissed in its entirety *with prejudice*. Each side to bear their own costs and fees.

Dated: December 5, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE